```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------X
UNITED STATES OF AMERICA


    - against -                              18 Cr. 657 (DAB)
                                                  ORDER

Dion Mickens

            Defendant.
--------------------------------------X
DEBORAH A. BATTS, United States District Judge.
```

The sentencing in the above captioned case that is scheduled for Tuesday, January 22, 2020 at 11:00 AM is cancelled.

SO ORDERED

DATED:   New York, New York
         December 5, 2019

_____
Deborah A. Batts
United States District Judge