USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 4-28-21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
United States of America,

                                                               **ORDER**
                                                                18-CR-657 (ALC)

                -against-

Dion Mickens,
-----------------------------------------------------------X

ANDREW L. CARTER, JR., United States District Judge:

     Sentencing scheduled for **June 15, 2021** at **3:30 p.m.**

     **SO ORDERED.**

Dated: New York, New York
       April 28, 2021

                                                       **ANDREW L. CARTER, JR.**
                                                     **UNITED STATES DISTRICT JUDGE**