USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: _6-11-21_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
United States of America,

                                                           **ORDER**
                                                           18-CR-657 (ALC)

          -against-

Dion Mickens,

-----------------------------------------------------------X
ANDREW L. CARTER, JR., United States District Judge:

    The sentencing scheduled for June 15, 2021 is adjourned to **June 29, 2021** at **3:30 p.m.**

    **SO ORDERED.**

Dated: New York, New York
       June 11, 2021

                                                             _____
                                                             ANDREW L. CARTER, JR.
                                                            UNITED STATES DISTRICT JUDGE