```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 8-16-24
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

UNITED STATES OF AMERICA,

                Plaintiff,

       - v. -                                   18-CR-657 (ALC)

DION MICKENS,                          **ORDER**

                Defendant.

-----------------------------------------------------------------x

ANDREW L. CARTER, JR., District Judge:

A Violation of Supervised Release Hearing is set for **August 27, 2024**, at **12:00 p.m.**

SO ORDERED.

Dated:     New York, New York
            August 16, 2024

                                                      **ANDREW L. CARTER, JR.**
                                                      **United States District Judge**