```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 8-27-24
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x

UNITED STATES OF AMERICA,

                Plaintiff,

      - v. -

DION MICKENS,

                Defendant.

------------------------------------------------------------------ x

18-CR-657 (ALC)

ORDER

ANDREW L. CARTER, JR., District Judge:

    Today's Violation of Supervised Release Hearing is adjourned to **September 5, 2024**, at **12:30 p.m.**

SO ORDERED.

Dated:    New York, New York
            August 27, 2024

                                                  ANDREW L. CARTER, JR.
                                                  United States District Judge