```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 8-27-24
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
UNITED STATES OF AMERICA,

                  Plaintiff,

                                                         18-CR-657 (ALC)

   - v. -

DION MICKENS,                                     ORDER

                  Defendant.

-------------------------------------------------------------- x

ANDREW L. CARTER, JR., District Judge:

      Due to a conflict in the Court's calendar, the Violation of Supervised Release Hearing set for September 5, 2024, is adjourned to **3:30 p.m.**

SO ORDERED.

**Dated:**      **New York, New York**
                    **August 27, 2024**

                                                      _____
                                                       **ANDREW L. CARTER, JR.**
                                                        **United States District Judge**