UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 8-30-24

------------------------------------------------------------------ x

UNITED STATES OF AMERICA,

                        Plaintiff,

    -  v. -

DION MICKENS,

                     Defendant.

------------------------------------------------------------------ x

:
:
:
:
:
:
:
:
:
:
:

18-CR-657 (ALC)

**ORDER**

ANDREW L. CARTER, JR., District Judge:

The Violation of Supervised Release Hearing set for September 5, 2024 is rescheduled

to **September 3, 2024**, at **3:30 p.m.**

**SO ORDERED.**

Dated:       **New York, New York**
               **August 30, 2024**

ANDREW L. CARTER, JR.
United States District Judge