```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __9/3/24_____
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------- x
**UNITED STATES OF AMERICA,**

                 **Plaintiff,**

      **-against-**

**DION MICKENS,**

                **Defendant.**

-------------------------------------------------------------- x

**18-CR-657 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

Today's Violation of Supervised Release Hearing is adjourned without a date.

**SO ORDERED.**

**Dated:**     **New York, New York**
             **September 3, 2024**

                                            **ANDREW L. CARTER, JR.**
                                            **United States District Judge**