USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: _11-6-24_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- x

UNITED STATES OF AMERICA,              :
                                       :
                        Plaintiff,     :
                                       :
            -  v. -                    :          18-CR-657 (ALC)
                                       :
DION MICKENS,                          :          <u>ORDER</u>
                                       :
                        Defendant.     :
                                       :
                                       :
-------------------------------------------------------------- x

ANDREW L. CARTER, JR., District Judge:

       The Violation of Supervised Release Hearing is set for **November 12, 2024**, at **2:00 p.m.**

**SO ORDERED.**

Dated:       New York, New York
             November 6, 2024


                                    _____
                                    ANDREW L. CARTER, JR.
                                    United States District Judge