```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 11-12-24
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
UNITED STATES OF AMERICA,

       Plaintiff,

   - v. -

DION MICKENS,

       Defendant.

-------------------------------------------------------------- x

18-CR-657 (ALC)

**ORDER**

ANDREW L. CARTER, JR., District Judge:

  The Violation of Supervised Release Hearing scheduled for November 12, 2024, is adjourned to **3:00 p.m.**

SO ORDERED.

Dated:  New York, New York
     November 12, 2024

                _/s/ Andrew L. Carter, Jr._
                **ANDREW L. CARTER, JR.**
                United States District Judge